**UNITED STATES of America, Plaintiff–Appellee**

v.

**Gregory Eugene NEAL, Defendant– Appellant.**

**No. 13–50654**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 21, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Gregory Eugene Neal, Bastrop, TX, pro se.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Gregory Eugene Neal appeals the district court's denial of his motion to reduce the 60–month sentence imposed on his guilty plea conviction for possessing with intent to distribute five grams or more of

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

crack cocaine. *See* 18 U.S.C. § 3582(c). In *United States v. Neal*, No. 11–50110, 2012 U.S.App. LEXIS 23943 *1 (5th Cir. Nov. 20, 2012) (unpublished), issued on remand from the Supreme Court, —— U.S. ——, 133 S.Ct. 157, 184 L.Ed.2d 2 (2012), after its decision in *Dorsey v. United States*, —— U.S. ——, 132 S.Ct. 2321, 2329–35, 183 L.Ed.2d 250 (2012), we affirmed the 60–month sentence on the basis that the sentence had been based on the 18 U.S.C. § 3553(a) factors and was reasonable. *See United States v. Bueno*, 585 F.3d 847, 850 n. 3 (5th Cir.2009). Neal's challenge under Dorsey to the 60–month sentence is therefore barred by the law of the case doctrine, which "precludes reexamination by the appellate court on a subsequent appeal of an issue of law or fact decided on a previous appeal." *United States v. Agofsky*, 516 F.3d 280, 283 (5th Cir.2008); *White v. Murtha*, 377 F.2d 428, 431–32 (5th Cir.1967).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.